UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:        HARRIET LEE                    CASE NO. 19-12309

              DEBTOR                          CHAPTER 13

                                              SECTION B

## DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY

MAY IT PLEASE THE COURT, the debtor, Harriet Lee, respectfully requests that this Court enter an order extending the automatic stay for the duration of the bankruptcy proceeding and respectfully represents as follows:

1. Debtor filed this petition for relief under Chapter 13 of the United States Bankruptcy Code on August 27, 2019.

2. The debtor previously filed for bankruptcy relief in the Bankruptcy Court for the Middle District of Louisiana, under Chapter 13, under Case Number 16-10125, which Case was dismissed on January 11, 2019 pursuant to the Chapter 13 Trustee's motion, without the debtor receiving a discharge.  The debtor also filed a Chapter 7 bankruptcy in the Middle District of Louisiana on February 4, 2015, Case Number 15-10115, which Case was discharged. (It is unclear why the debtor's previous attorney advised her to file in the Middle District of Louisiana, as she has always been a resident of Tangipahoa Parish.)

3. During the pendency of the debtor's previous Chapter 13 case, she made payments deducted from her paycheck.  In or around August of 2018, the debtor lost her job and fell behind in her plan payments, and the case was dismissed

4. The debtor now has steady income of $2,875.60 per month from her deceased mother's pension benefits; she also has a fiance who is contributing $1,500.00 per month to the household expenses. Therefore the debtor's estimated plan payment will be affordable for the debtor.

5. The debtor had no other pending bankruptcy cases in the preceeding one-year period.

6. The debtor's current bankruptcy filing occurred within one year of the dismissal of her preceding bankruptcy case (Case No. 16-10125, Louisiana Middle District). The debtor seeks the extension and continuation of the automatic stay pursuant to 11 U.S.C. Section 362(c)(3).

7. The debtor moves that the stay be extended to all of the debtor's creditors.

8. Debtor avers that the filing of the present bankruptcy case is in good faith as to all creditors. Specifically, at the time the debtor's previous Chapter 13 bankruptcy case was dismissed, she had lost her job and could not afford her plan payments; she now has steady income and contributions from her fiance. The debtor's current plan addresses arrearages on her home and pays her car note directly.

9. The debtor believes that she can successfully complete this Chapter 13 bankruptcy.

WHEREFORE, after notice and hearing, the debtor moves this Court to extend and maintain the effectiveness of the automatic stay in this Bankruptcy proceeding, as to all of the debtor's creditors pursuant to 11 U.S.C. Section 362(c)(3), and for all other relief as is equitable and just.

Respectfully submitted by:

  /s/ Rachel Thyre Vogeltanz
Rachel Thyre Vogeltanz, La. Bar No. 33501
*(Formerly Rachel Thyre Anderson)*
The Law Office of Rachel Thyre Vogeltanz, LLC
428 W. 21st Ave.
Covington, LA 70433
(985) 377-9271
Counsel for Debtor(s)
rachel@rachel.law

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:        HARRIET LEE                    CASE NO. 19-__12309__

              DEBTOR                          CHAPTER 13

                                              SECTION B

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

### AFFIDAVIT

I, Harriet Lee, debtor in the above-referenced case, do certify and swear that I have read the foregoing MOTION TO EXTEND THE AUTOMATIC STAY, that I have personal knowledge of the facts set forth in the Motion, and that it is true and correct to the best of my knowledge and belief. I further swear and attest in particular to the following:

1. In my previous bankruptcy case (16-10125), I lost my job and was unable to make my plan payments. I now have steady income and contributions from my fiance, and the proposed plan payment is affordable for me.
2. This Chapter 13 bankruptcy petition was filed in good faith as to all of my creditors.
3. Because I now have steady income, I believe that I can complete this Chapter 13 case under the terms of my proposed Chapter 13 repayment plan.

_____
Harriet Lee

SWORN TO AND SUBSCRIBED before me, Notary Public, this 27th day of August 2019.

_____
Rachel Thyre Vogeltanz
Notary Public
La. Bar No. 33501